UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANDARD GENERAL L.P. and SOOHYUNG KIM,<br><br>        Plaintiffs,<br><br>    - against -<br><br>TUSK STRATEGIES, INC., BAXTER TOWNSEND, and JOHN DOES 1-10,<br><br>        Defendants. | 1:20-cv-3324-RA<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Standard General L.P. and Soohyung Kim voluntarily dismiss this action without prejudice. The Clerk is requested to close this case.

Dated: New York, New York
    June 10, 2020

                FRIED, FRANK, HARRIS, SHRIVER
                 & JACOBSON LLP

                By:  */s/Michael C. Keats*
                   Michael C. Keats

                One New York Plaza
                New York, New York 10004-1980
                (212) 859-8000
                michael.keats@friedfrank.com

                Attorneys for Plaintiffs
                  Standard General L.P. and Soohyung Kim

SO ORDERED.

_____
Hon. Ronnie Abrams
6/11/2020